NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAY JAMES, )
             Appellant, )
v. )          Case No. 2D18-3979
STATE OF FLORIDA, )
             Appellee. )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Barbara Twine
Thomas, Judge.

Ray James, pro se.


PER CURIAM.


        Affirmed.  See §§ 961.02(7), 961.03(1)(b)(1), Fla. Stat. (2018); James v.

State, 241 So. 3d 775 (Fla. 2d DCA 2017) (table decision).



CASANUEVA, SILBERMAN, and ATKINSON,JJ., Concur.